EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Rocío del Carmen Isla Cruz | 2019 TSPR 196

203 DPR _____ |

Número del Caso:  TS-14,933

Fecha:  18 de octubre de 2019

Abogada de la parte peticionaria:

      Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>Rocío del Carmen Isla Cruz | TS-14,933 | |

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de octubre de 2019.

Examinada la *Moción informativa y cumplimiento de orden*, presentada por la Sra. Rocío del Carmen Isla Cruz, se da por cumplida nuestra orden de 30 de septiembre de 2019. En consecuencia, se ordena la reinstalación de la señora Isla Cruz al ejercicio de la abogacía.

Por lo tanto, se instruye al Secretario del Tribunal a realizar el cambio de la Sra. Rocío del Carmen Isla Cruz a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). La señora Isla Cruz deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo